# Third District Court of Appeal
## State of Florida

Opinion filed September 6, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-151
Lower Tribunal No. 22-7472
_____

## MCZ Centrum Flamingo II, LLC, et al.,
Appellants,

vs.

## Flamingo/South Beach I Condominium Association, Inc.,

Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Michael A. Hanzman, Judge.

Gelber Schachter & Greenberg, P.A., Gerald E. Greenberg, and Christopher S. Sundby; Podhurst Orseck, P.A., Stephen F. Rosenthal, and Christina H. Martinez, for appellants.

Morgan & Morgan, P.A., Jared A. Levy (West Palm Beach), and Valerie C. David (Orlando), for appellee.


Before EMAS, FERNANDEZ and BOKOR, JJ.

PER CURIAM.

Affirmed.